# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAD LEVENS and ALISE LEVENS, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:22-cv-00024-O |
| STATE FARM LLOYDS, | § | |
| Defendant. | § | |

## AGREED ORDER

The Court considered Plaintiffs Brad Levens' and Alise Levens' and Defendant State Farm Lloyds' Joint Stipulation of Dismissal with Prejudice (the Joint Stipulation) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* ECF No. 9.

The Court, having considered the Joint Stipulation, is of the opinion that the Joint Stipulation should be **GRANTED**. It is, therefore, **ORDERED** that the Joint Stipulation of Dismissal is **GRANTED**, and that Plaintiffs' claims against Defendant are dismissed with prejudice to refilling. It is further **ORDERED** that each party shall bear its own costs and expenses.

**SO ORDERED** on this **8th day** of **April, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE